**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
LAURA CONSENTINO,

                Plaintiff,                        19 **CIVIL** 7572 (RWL)

      -v-                                    **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY
ADMINISTRATION,
                Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated December 14, 2020, that the decision of the Commissioner of Social Security be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:**  New York, New York
           December 14, 2020

                                                    RUBY J. KRAJICK
                                                 _____
                                                     Clerk of Court
                                  **BY:**
                                                       _____
                                                         Deputy Clerk